**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MAETTA GREEN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:11-cv-02432-B |
| | § | |
| **MEDCO HEALTH SOLUTIONS OF TEXAS, LLC, MEDCO HEALTH SOLUTIONS, INC., and AON HEWITT ABSENCE MANAGEMENT, LLC f/k/a DISABILITY MANAGEMENT ALTERNATIVES, LLC d/b/a HEWITT LCG,** | §§§§§§§ | |
| Defendants. | § | |

<u>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**</u>

Pursuant to Federal Rule of Civil Procedure 56, Defendants Medco Health Solutions of Texas, LLC, Medco Health Solutions, Inc. (together, "Medco"), and Aon Hewitt Absence Management LLC ("Aon") (collectively, "Defendants") submit their Response to Plaintiff's Motion for Partial Summary Judgment (*See* Docket Entry No. 51). Defendants' Brief in Response To Plaintiff's Motion for Partial Summary Judgment ("the Brief") is filed simultaneously with this Response.

In the Brief, Defendants rely upon and cite to their Appendix in Support of Defendants' Motion for Summary Judgment (*See* Docket Entry No. 59). Pursuant to LR 56.4(b), each of the matters required by LR 56.4(a) is set forth in the Brief.

15140818v.1

Respectfully submitted,

By: /s/ Timothy M. Watson
Timothy M. Watson
Texas Bar No. 20963575
Dennis A. Clifford
Texas Bar No. 24050431
Rachel M. Hoffer
Texas Bar No. 24065432
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
(713) 225-2300 – Telephone
(713) 225-2340 – Facsimile

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of December, 2012, a true and correct copy of the foregoing document was served on counsel of record as shown below via CM/ECF as follows:

Julie E. Heath
Jennifer G. Snow
FARROW-GILLESPIE & HEATH LLP
1700 Pacific Ave., Suite 3700
Dallas, Texas 75201
julie.heath@fghlaw.net
jennifer.snow@fghlaw.net

/s/ Timothy M. Watson
Timothy M. Watson

2

15140818v.1